# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joseph P. Pritchard<br>Iris K. Pritchard**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00399-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Automobile Insurance Company of<br>Hartford Connecticut**,**<br>Defendant(s). | )<br><br>) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2017 Order.

February 3, 2017

_____
Frank G. Johns, Clerk
United States District Court